■ Mark Gembola, Respondent, v Capretto Enterprises, Inc., Appellant, and Barbara A. Lane, as Executrix of Robert J. Lane, Sr., Deceased, Respondent. [743 NYS2d 349] —Appeal from an order of Supreme Court, Erie County (Joslin, J.), entered July 10, 2001, which denied the motion of defendant Capretto Enterprises, Inc. for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Joslin, J. Present—Pine, J.P., Wisner, Kehoe and Lawton, JJ.